**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **WANDA FRIERSON, Individually and as**<br>**Widow of KEVREK FRIERSON, Deceased,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **Case No.: 3:15-cv-00390** |
| **v.** | ) | **JUDGE TRAUGER** |
| | ) | **MAGISTRATE JUDGE KNOWLES** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## [PROPOSED] AGREED ORDER OF DISMISSAL

The parties, Plaintiff, Wanda Frierson, and the United States of America, by and through their respective counsel, have informed the Court that all matters between these parties have been settled and compromised. Accordingly, this civil action is hereby DISMISSED against the United States of America. Said dismissal shall be without prejudice for a period of ninety (90) days, within which the parties may formalize and implement the terms and conditions of their settlement. The dismissal shall be with prejudice ninety (90) days following the entry of this Order on the docket, unless other action is taken by the Court upon the petition of either party.

It is so **ORDERED**.

**ENTERED** this the _____ day of _____, 2016.


_____
**ALETA A. TRAUGER**
UNITED STATES DISTRICT JUDGE

**APPROVED FOR ENTRY:**

DAVID RIVERA
United States Attorney
Middle District of Tennessee

By:  s/Michael L. Roden
**MICHAEL L. RODEN**
B.P.R. # 010595
Assistant United States Attorneys
Middle District Tennessee
110 9th Avenue South, Suite A-961
Nashville, TN  37203
Telephone:  (615) 736-5151
*Attorney for the Defendant*

By:  s/Wm. Kennerly Burger w/permission
**Wm. KENNERLY BURGER**
B.P.R. # 03731
BURGER SCOTT & McFARLIN
12 Public Square North
Murfreesboro, TN  37130
Telephone:  (615) 893-8933
*Attorney for Plaintiff*

2